**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1418

JULIO PARDO,

Plaintiff - Appellant,

versus

WESTINGHOUSE SAVANNAH RIVER COMPANY, LLC,
a/k/a Washington Savannah River Company, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Joseph R. McCrorey, Magistrate Judge. (1:04-cv-01709-JRM)

Submitted:  September 22, 2006      Decided:  October 11, 2006

Before WILLIAMS, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julio Pardo, Appellant Pro Se.  John Hagood Tighe, Edward Brandon Gaskins, FISHER & PHILLIPS, L.L.P., Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julio Pardo appeals the district court's order granting Westinghouse Savannah River Company, LLC, summary judgment and dismissing his employment discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, with prejudice.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Pardo v. Westinghouse Savannah River Co., LLC</u>, No. 1:04-cv-01709-JRM (D.S.C. Mar. 13, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to adjudication by a magistrate judge.